UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DANILO CIGOLLEN SOSA, individually
On behalf of himself and others similarly situated,

    Plaintiff,

CASE NO: 1:21-cv-06799 (LDH) (RML)

vs.

SUNBRIGHT TRANSPORTATION d/b/a
SCHOLASTIC TRANSPORTATION LLC,
BIG MIKES AUTO SALES LLC, and
FREDY J. CALDERON, individually,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING

Plaintiff, DANILO CIGOLLEN SOSA ("Plaintiff"), hereby gives notice of filing the undersigned counsel's Fee Ledger attached hereto as Exhibit "A" and Plaintiff's executed Retainer Agreement attached hereto as Exhibit "B" in support of Plaintiff's Motion for Settlement Approval filed July 12, 2022 (D.E 20).

December 1, 2022.

Respectfully submitted,

*/s/ Andrew R. Frisch*
Andrew R. Frisch
NY Bar No.: 3957115
Morgan & Morgan, P.A.
8151 Peters Road
Plantation, Florida 33324
Telephone: (954) WORKERS
Facsimile: (954) 327-3013
Email: AFrisch@forthepeople.com

*Trial Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 1, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

>         */s/ Andrew R. Frisch*
>         Andrew R. Frisch