# EXHIBIT A

| Time Slip Created: | Description: | Time Spent: | Created By: | Role: |
|---|---|---|---|---|
| 11/9/2022 | Draft motion to file in camera. | 0.8 | Andrew Frisch | Attorney |
| 7/6/2022 | Draft letter motion to approve and email to OC for consent to file. | 1.4 | Andrew Frisch | Attorney |
| 6/15/2022 | Final edits to the settlement agreement. | 0.5 | Andrew Frisch | Attorney |
| 5/26/2022 | Attend (zoom) mediation. | 7 | Andrew Frisch | Attorney |
| 5/25/2022 | Prepare for mediation. | 1.5 | Andrew Frisch | Attorney |
| 5/19/2022 | Review file and draft mediation statement. | 1.3 | Andrew Frisch | Attorney |
| 5/13/2022 | Review damages info with Ray to revise calculation. | 0.7 | Andrew Frisch | Attorney |
| 5/11/2022 | Prep for and attend telephone conference with Mediator to prep for mediation. | 0.9 | Andrew Frisch | Attorney |
| 2/7/2022 | Review draft calculations and send Ray questions/comments. | 0.4 | Andrew Frisch | Attorney |
| 1/17/2022 | Telephone conference with opposing counsel re settlement and Defendants' requested time to answer. | 0.5 | Andrew Frisch | Attorney |
| 1/6/2022 | Filed Affidavits of Service for completed service on all Defendants. | 0.2 | Andrew Frisch | Attorney |
| 12/31/2021 | Telephone conference with individual Defendant to hear his side of the story. | 0.5 | Andrew Frisch | Attorney |
| 12/6/2021 | Draft Summonses on each Defendant | 1 | Andrew Frisch | Attorney |
| 12/6/2021 | Draft Civil Cover Sheet | 0.5 | Andrew Frisch | Attorney |
| 10/15/2021 | Draft Collective/Class Action Complaint | 0.8 | Andrew Frisch | Attorney |
| | | **Total Hours: 18** | | |