# EXHIBIT B

DocuSign Envelope ID: EED1E006-DDB6-4F5A-90BD-4F6A5FD7F8B9

_Danilo Cigoller Sosa_
_____
CLIENT

_____
MORGAN & MORGAN, P.A.

## ASSOCIATING ATTORNEY AGREEMENT

I understand and consent to MORGAN & MORGAN, P.A. associating in this matter with _____, and that of the applicable fees in this agreement, 75% shall be paid to MORGAN & MORGAN, P.A., and 25% to the associating attorney.

I understand that in no event, however, shall I incur any additional legal fees or charges by virtue of said employment of co-counsel. Co-counsel shall assume the same legal responsibilities to me for the performance of legal services as MORGAN & MORGAN, P.A., and will be available for consultation with me.

The above employment is hereby accepted upon the terms and conditions stated herein.

DATE: 6/18/2021
_____

_Danilo Cigoller Sosa_
_____
CLIENT

_____
MORGAN & MORGAN, P.A.

_____
ASSOCIATING ATTORNEY

MMWH_FL_V08262020